Approved: _____
JUN XIANG
Assistant United States Attorney

Before:  THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York

**23 MAG 5729**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THEODORE LEWIS,<br>a/k/a "T,"<br><br>*Defendant* | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 371, 922(a)(1)(A), 922(a)(3), and 2<br><br>COUNTY OF OFFENSE: BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

BRIAN PASTULA, being duly sworn, deposes and says that he is a Task Force Officer with Homeland Security Investigations ("HSI") and charges as follows:

### COUNT ONE
### (Gun Trafficking Conspiracy)

1. From at least in or about August 2022 up to and including in or about October 2022, in the Southern District of New York and elsewhere, THEODORE LEWIS, a/k/a "T," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, trafficking in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and an object of the conspiracy that THEODORE LEWIS, a/k/a "T," the defendant, and others known and unknown, not being licensed importers, manufacturers, and dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

     a. On or about August 17 and 18, 2022, THEODORE LEWIS, a/k/a "T," the defendant, who resided in the Bronx, New York, sent text messages directing a coconspirator ("CC-1"), who resided in Maine, to purchase a NAA Black Widow .22 caliber revolver from a seller in Maine on LEWIS's behalf.  CC-1 purchased the revolver and later provided it to LEWIS.

     b. On or about September 16, 2022, LEWIS sent CC-1 a text message containing a digitally altered photograph of CC-1's Maine driver's license, which falsely showed CC-1 to be 21 years old, so that CC-1 could provide that photograph to gun sellers in Maine who demanded to see proof of age.

     c. On or about September 17, 2022, at LEWIS's direction, CC-1 purchased a Smith & Wesson M&P Shield pistol from a seller in Maine.  After CC-1 confirmed the purchase, LEWIS sent CC-1 $400 through CashApp.  CC-1 later provided this pistol to LEWIS, who traveled from New York to pick up the gun.

     d. On or about September 23, 2022, at LEWIS's direction, CC-1 sent a parcel to LEWIS's address in the Bronx, New York, containing the magazine for a gun that CC-1 had purchased on LEWIS's behalf in Maine and previously given to LEWIS.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Gun Trafficking – Dealing Firearms)

     4. From at least in or about August 2022 up to and including in or about October 2022, in the Southern District of New York and elsewhere, THEODORE LEWIS, a/k/a "T," the defendant, and others known and unknown, not being licensed importers, manufacturers, or dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly engaged in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, the defendant, who resided in the Bronx, New York, engaged in the business of dealing firearms and, in furtherance of that business, arranged for the purchase of guns from residents of Maine, and received those guns from a coconspirator residing in Maine, CC-1, who picked up the guns on the defendant's behalf.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.)

## COUNT THREE
### (Gun Trafficking – Out-of-State Receipt)

     5. From at least in or about August 2022 up to and including in or about October 2022, in the Southern District of New York and elsewhere, THEODORE LEWIS, a/k/a "T," the defendant, and others known and unknown, not being licensed importers, manufacturers, or dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully transported into or received in the State where the defendant resides a firearm

purchased or otherwise obtained by the defendant outside that State, to wit, the defendant, who resided in the Bronx, New York, traveled outside of New York to receive guns from a coconspirator residing in Maine, CC-1, who picked up the guns from other residents of Maine on the defendant's behalf.

(Title 18, United States Code, Sections 922(a)(3), 924(a)(1)(D), and 2.)

The bases for my knowledge and the foregoing charges are, in part, as follows:

6. I am a Task Force Officer with HSI and a Detective with the New York City Police Department and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, and my conversations with law enforcement officers, law enforcement employees, and witnesses, as well as my review of documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

7. In or about January 2023, in connection with a gun trafficking investigation, law enforcement executed a judicially authorized search warrant on a cellphone (the "CC-1 Phone") belonging to CC-1, who had been indicted in the Southern District of New York for firearms trafficking and obstruction-of-justice offenses. Based on review of the CC-1 Phone, and well as additional investigative steps described below, law enforcement determined that THEODORE LEWIS, a/k/a "T," the defendant, and CC-1 engaged in the interstate trafficking of firearms. Specifically, LEWIS, who lived in the Bronx, New York, repeatedly directed CC-1, who resided in Maine, to purchase guns on LEWIS's behalf from sellers who resided in Maine (the "Sellers"). LEWIS traveled outside of New York to pick up these guns from CC-1 and returned to New York with the guns, for the purpose of dealing them.

8. In the course of the investigation, I have participated in interviews of witnesses, including many of the Sellers. I have reviewed firearms and law enforcement records, and the contents of the CC-1 Phone as well as other cellphones. Based on my review of the evidence described above, and my discussions with other law enforcement officers participating in this investigation, I have learned, among other things, the following:

    a. In or about October 2022, law enforcement began investigating an illegal shipment of firearms that was sent from New York City to the Dominican Republic (the "DR Firearms Shipment"). The guns in the DR Firearms shipment were originally purchased in Maine, and several of the original purchasers identified CC-1 as the person to whom they had resold the guns. One of the original purchasers (the "Straw Purchaser") told law enforcement, in sum and substance, that he engaged in the straw purchase of an AR-style rifle—which was recovered in the DR Firearms Shipment—on behalf of CC-1 and CC-1's boyfriend (the "Boyfriend").

    b. On or about November 3, 2022, CC-1 and the Boyfriend flew from the Dominican Republic to John F. Kennedy International Airport, and were arrested. At the

3

time of arrest, and subsequently at CC-1's residence, law enforcement seized cellphones used by CC-1 and the Boyfriend, including the CC-1 Phone, an iPhone 11 found at CC-1's residence. Law enforcement obtained judicially authorized search warrants for the CC-1 Phone as well as the other cellphones. Based on my review of these cellphones, I know that CC-1 and the Boyfriend engaged in electronic communications relating to the guns found in the DR Firearms Shipment.[1]

    c. In addition to communications relating to the DR Firearms Shipment, the CC-1 Phone contained messages between CC-1 and a phone number ending in the digits 7023 (the "7023 LEWIS Number"), and also messages between CC-1 and a phone number ending in the digits 6234 (the "6234 LEWIS Number").

    d. For the reasons below, I believe THEODORE LEWIS, a/k/a "T," the defendant, was the user of the 7023 LEWIS Number from at least in or about February 2022 to at least in or about July 2022:

      i. Based on my review of subscriber records for the 7023 LEWIS Number, I know that from in or about February 2022 to in or about July 2022, the subscriber of the 7023 LEWIS Number was "Theodore Lewis."

      ii. On or about March 21, 2022, the user of the 7023 LEWIS Number sent CC-1 an address on Seward Avenue in the Bronx, New York ("Address-1"), which I know, based on law enforcement records, to be one of LEWIS's address at that time. Address-1 is also listed as the address for "Theodore Lewis" in the subscriber records for the 7023 LEWIS Number.

    e. For the reasons below, I believe LEWIS was the user of the 6234 LEWIS Number from at least in or about July 2022 to at least in or about November 2022:

      i. Based on my review of subscriber records for the 6234 LEWIS Number, I know that from in or about July 2022 to in or about November 2022, the subscriber of the 6234 LEWIS Number was "Theodore Lewis." Address-1 is also listed as the address for "Theodore Lewis" in the subscriber records for the 6234 LEWIS Number.

      ii. On or about September 23, 2022, the user of the 6234 LEWIS Number sent CC-1 an address on Popham Avenue in the Bronx, New York ("Address-2"), which I know, based on law enforcement records, to be one of LEWIS's addresses at that time.

---

[1] CC-1, the Boyfriend, the Straw Purchaser, and a fourth conspirator who arranged the DR Firearms Shipment were indicted in United States v. Arias et al., 22 Cr. 629 (PKC). CC-1 and the Straw Purchaser pleaded guilty to conspiracy to obstruction of justice in connection with their efforts to delete communications relevant to the DR Firearms Shipment. The Boyfriend pleaded guilty to conspiracy to traffic firearms and a substantive firearms trafficking offense in connection with the DR Firearms Shipment.

               iii.     In a message with CC-1 on or about September 16, 2022, the user of the 6234 LEWIS Number provided a screenshot of an email message that another individual had sent to "Theodore Lewis."

        f.     The messages between LEWIS, using the 7023 LEWIS Number and the 6234 LEWIS Number, and CC-1 include communications in which LEWIS asked CC-1 to pick up guns from Sellers residing in Maine whom LEWIS found through an online classified advertisement platform (the "Platform").[2]  At times, CC-1 also found Sellers through the Platform and offered to reach out to those Sellers to buy guns for LEWIS.

        9.     Based on my review of the CC-1 Phone, I know that THEODORE LEWIS, a/k/a "T," the defendant, and CC-1 discussed purchasing well over a dozen guns, although not every purchase was successful.  LEWIS described traveling out of New York in order to pick up the guns from CC-1, who resided in Maine.  LEWIS also described the potential for reselling the guns to others.  LEWIS and CC-1 sought to hide their unlawful gun trafficking from Sellers by, among other things, falsely telling Sellers that CC-1 was 21 years old.  The communications on the CC-1 Phone include the following:

        a.     On or about June 13, 2022, LEWIS (using the 7023 LEWIS Number) and CC-1 exchanged the following messages:

| | |
|---|---|
| LEWIS: | If u know anybody **selling some small sticks** over there lmk<br>I need one for when I come up there I gotta do something<br>**I'll send the bread** so u could get it for me if u find somebody |
| CC-1: | Yeah forsure you heard of [the Platform]?<br>what exactly u lookinfor |
| | [Messages omitted] |
| LEWIS: | Not no big shit |
| CC-1: | Like a .380 |
| LEWIS: | Yea |
| CC-1: | Or a Glock |
| LEWIS: | Either Gucci |
| | [Messages omitted] |

---

[2]    In communications on the CC-1 Phone, LEWIS and CC-1 also discussed committing other crimes together, including drug trafficking.  For example, on or about March 31, 2022, LEWIS (using the 7023 LEWIS Phone on Signal) messaged CC-1: "And people that deal you could send them my way too.  I got weight weight."

| | |
|---|---|
| CC-1: | someone w a .380 I'm pos to be getting it cuz this fien owe me but idk if that ever finna actually be a thing but [the Platform]'s usually got mad shit if u find sum in there and I can pick it up for u n shit<br>I know someone w a 9 mm |

Based on my training and experience, and from the context of this discussion, I believe that LEWIS was asking CC-1 to purchase some small guns ("small sticks") in Maine ("over there") and telling CC-1 that he would be satisfied ("Gucci") with either a .380 caliber or Glock 9mm pistol. LEWIS promised to send CC-1 money ("bread") in exchange for CC-1's acquisition of the guns. In return, CC-1 was telling LEWIS that guns could be readily found on the Platform and that CC-1 knew a drug addict ("this fien[d]") who could acquire a .380 caliber pistol and another person who could acquire a 9mm pistol.

    b. On or about June 25 and 26, 2022, LEWIS (using the 7023 LEWIS Number) and CC-1 exchanged the following messages:

| | |
|---|---|
| LEWIS: | Yo I'm still coming the 28th |
| | [Messages omitted] |
| | **Imma deff need those sticks too**<br>**If u could start getting more info on em** |
| CC-1: | Word yea I gotchu imma look go on [the Platform] rn send u some diff ones |
| LEWIS: | Aigh bet send it on signal babes |

Based on my training and experience, and from the context of this discussion, I believe that LEWIS was telling CC-1 that, when LEWIS visited Maine, he wanted to pick up guns ("Imma deff need those sticks too") and that CC-1 should follow up with the Sellers. LEWIS further instructed CC-1 to communicate about the guns through Signal ("send it on signal babes"). Based on my training and experience, I know that Signal is an end-to-end encrypted messaging application commonly used by criminals because the contents of the messages cannot be obtained by law enforcement without physical access to the users' devices.

    c. On or about June 26, 2022, LEWIS (using the 7023 LEWIS Number) and CC-1 exchanged the following messages through Signal:

| | |
|---|---|
| CC-1: | My boy I'm w rn got sum he will sell u |
| LEWIS: | I love how u always on the move and doing shit<br>The female me lmao<br>And lemme see |
| CC-1: | |

6



                Lmaoo
                It's a 45 HK usp

LEWIS:        How much

CC-1:          Glow inna dark sight
                800

                [Messages omitted]

                so shit on [the Platform]'s cheaper that shit all legal n shi tho there's some 9 mm I seen for like 4
                imma send those

In the ensuing discussion, CC-1 sent LEWIS screenshots of four different guns being advertised on the Platform from Sellers living in Maine, shown below, and CC-1 offered to reach out to the Sellers on LEWIS's behalf:



LEWIS told CC-1, in sum and substance, that he was interested in at least two of the guns ("Yea two guys is good for rn") and that he would contact at least some of the Sellers directly through the Platform to arrange the purchases of guns ("**Matter fact I'll hit n\*\*\*as up on there** u don't gotta go through all that headache").

        d.      On or about August 6, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1: "**Yo you could buy some guns for me ?**" CC-1 responded with screenshots of four guns being advertised on the Platform from Sellers living in Maine and New Hampshire, shown below:



During the ensuing discussion, LEWIS sent the following message:

8

        LEWIS:        Lmaoooo and Aigh u think u could go those days to get some shits close to Bangor for me

        e.        On or about August 17, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1: "**I found something in bangor I want.  Can I send you the money for it and you get it for me tmm ?**"  LEWIS then messaged that he "**found another one in Ellsworth**" and that he had "talked to both people" and could "Apple Pay the bread whenever."  CC-1 agreed to pick up both guns, and LEWIS sent CC-1 the Sellers' addresses in Bangor and Ellsworth, in Maine.  On or about August 18, 2022, CC-1 messaged LEWIS, in sum and substance, that CC-1 had acquired the guns (each time, texting "Got it") and LEWIS replied: "**Goodlooks I'll be up there round 5-6**."

        f.        Based on my interview of the Seller in Ellsworth, Maine referenced above ("Seller-1"), I have learned, in substance and in part:

        i.        Seller-1 recalls selling a NAA Black Widow .22 revolver to a young white woman in summer 2022.[3]  At the time of sale, Seller-1 executed a bill of sale and wrote down the woman's driver license number.  I have reviewed the bill of sale, which is signed by CC-1 and includes CC-1's Maine driver license number.  Also handwritten on the bill of sale is the 6234 LEWIS Number.

        ii.        Based on my review of telephone records, I have learned that, on or about August 17 and 18, 2022, there were calls between the 6234 LEWIS Number and Seller-1.

        g.        On or about August 22, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1: "[Telephone number] 380 bersa [Telephone number] Snub nose 38."  Based on my training and experience, I know that a Bersa .380 Thunder is a lightweight pistol and a snub-nose .38 is a small revolver.  LEWIS and CC-1 discussed the logistics of CC-1 meeting with the Sellers of those guns to make the purchases.  Toward the end of those communications, LEWIS messaged CC-1: "I deadass appreciate you [CC-1]. . . . **I got some bread for you** when I get back. Your helping me out a lot."  Based on my training and experience, I believe LEWIS was promising to pay CC-1 for the guns ("I got some bread for you when I get back").  CC-1 confirmed, in text messages on or about August 23 and 24, 2022, that CC-1 purchased the snub-nose .38 revolver ("and I'm boutta head to go grab that 38" "**Just grabbed that got a full box w it too**").

        h.        Based on my interviews of the Seller of the snub-nose .38 revolver referenced above ("Seller-2"), I have learned, in substance and in part, that Seller-2 has sold a number of guns through the Platform and does not specifically recall the sale of a .38 revolver to CC-1.  However, Seller-2 showed me text messages between Seller-2 and the CC-1 Phone on or about August 22 and 23, 2022.  Those messages ended with the user of the CC-1 Phone texting: "Be there in 10, bronze Volkswagen CC" and Seller-2 responding "Okay [thumbs up emoji]."

---

[3]        Based on my involvement in this case, including my attendance at court proceedings involving CC-1, I know that CC-1 is a white woman in her early 20s, with blue eyes.

9

              i.        On or about September 16, 2022, LEWIS (using the 6234 LEWIS Number) and CC-1 exchanged the following messages:

    LEWIS:        I'm on the train lmao. I'll text you when I get off. And I'll start seeing wassup with sellers

    [Messages omitted]

    [Telephone number] Call and ask if this is still available



    [Telephone number] call and ask him too



    [Messages omitted]

    **Lmk when you call those two ones I sent you.  Tell them you can meet tmm for the two I want you**

|  |  |
|---|---|
|  | Imma focus on one's by y'all spot |
| CC-1: | The first one the call wouldn't ring n said sum like the call party declined the request<br>The second one thoo say 21+ should I still try ? |
| LEWIS: | I forgot your not 21 yet right ? |
| CC-1: | Nahh not for a couple more months |
| LEWIS: | **What month. And we send me a picture of your I'd rn. I got somebody that edit pictures. And they could make it look like you're 21 already.** And I soon get u of o it doesn't matter |
|  | [Messages omitted] |
| CC-1: | [Photograph of CC-1's Maine driver's license]<br><br>Lol it's old don't mind it |
| LEWIS: | Lmaooo I got you hold up<br>All they gotta do is blank out red part. And date of birth put 01 or 02/29/2001 |
|  | [Message omitted] |
|  | She doing it rn soon send<br>**And u could just tell people u lost your I'd but you have a pictire.** |
|  | [Messages omitted] |
| CC-1: | Bet will do and u found anything u want me to grab today ?<br>there's this near where we going I'm also heading to Bangor soon |

11



                [Messages omitted]

        LEWIS:       [Photograph of CC-1's Maine driver's license, with date of birth altered to show that CC-1 was 21 years old.]

Based on my training and experience, I know that, under Maine law, an individual must be 21 years old to possess a handgun, and that individuals who resell guns in Maine commonly ask buyers to show proof of age. I believe CC-1 was telling LEWIS that one of the Sellers refused to sell CC-1 a gun without proof of age. In response, LEWIS asked for a photograph of CC-1's driver's license ("send me a picture of your I'd rn. I got somebody that edit pictures.") and then sent CC-1 a modified image of the driver's license, with a fake date of birth, instructing CC-1 to provide that image to Sellers ("u could just tell people u lost your I'd but you have a pictire").

           j.       On or about September 16, 2022, LEWIS (using the 6234 LEWIS Number) and CC-1 exchanged messages about calling Sellers of guns to arrange for purchases. LEWIS sent CC-1 the message "This is sanctioned too" along with a screenshot that showed an email message to LEWIS from the Seller of a Smith & Wesson M&P Shield pistol. Based on my training and experience, I believe that "This is sanctioned too" was a direction from LEWIS to CC-1 to arrange for the purchase.

           k.       Based on my interview of the Seller of the M&P Shield pistol referenced above ("Seller-3"), I have learned that Seller-3 recalls selling that pistol to a young white woman, in her early 20s, with blue eyes. The woman—who, as discussed at footnote 3, matches the physical appearance of CC-1—told Seller-3 that she wanted to purchase the gun for safety because of a break-in and she paid for the gun in cash.

           l.       In the course of discussing the purchase of the M&P Shield pistol and other guns on or about September 15 through 17, 2022, LEWIS (using the 6234 LEWIS Number) and CC-1 discussed how LEWIS would reimburse CC-1:

12

      i. On or about September 16, 2022, LEWIS messaged: "And send it Apple Pay right ? You don't got cashapp I think u said."  CC-1 responded: "Nahh I got cashapp that better tbh" and sent LEWIS a screenshot of CC-1's CashApp account page.

      ii. On or about September 17, 2022, LEWIS and CC-1 exchanged the following messages in the course of discussing the purchase of the M&P Shield pistol:

  LEWIS:  I'll send the money for taht

      [Message omitted]

      **Lmk how much m&p cost**
      **I think somewhere from 4-5**
      I got enough on card tho

      [Messages omitted]

      **You got $500 on you ?**
      **If not I'll end it to you rn**
      And you could have the cash in hand
      It's deff not more then $500
      Most likely less

      [Messages omitted]

  CC-1:  Just grabbed it it was 350 I gave 360 cuz he ain't had change

  LEWIS:  Wow that's mad litt lol
      **I'll send you 400 rn**

      [Messages omitted]

      [Screenshot of $400 CashApp payment to CC-1's account]

  m. The messages described above are just a portion of the communications on the CC-1 Phone between LEWIS and CC-1 regarding the purchase of guns in Maine.  LEWIS and CC-1 continued to communicate about guns until at least in or about October 2022.  CC-1 was arrested on or about November 3, 2022.

  n. In the course of his communications with CC-1, LEWIS referenced the resale potential of the guns.  For example:

      i. On or about August 26, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1: "I'll pay your gas and **$50 for each one for now.** I don't want

13

u spending money helping me out if u could make it." Based on the context of the communications, I believe LEWIS was telling CC-1 that CC-1 could make money, on an on-going basis, by picking up guns for LEWIS in Maine and that LEWIS would pay $50 per gun and reimburse CC-1 for gas.

ii. On or about September 19, 2022, in the context of discussing the potential purchase of a gun, LEWIS (using the 6234 LEWIS Number) messaged CC-1: "Yo fuck it.  That's a 22 jawn.  **N\*\*\*as don't need that.**  I thought it was the regular one."  Based on my training and experience and the context of the communications, I believe LEWIS was telling CC-1 that the model of the gun would command limited interest from buyers that LEWIS might resell to ("N\*\*\*as don't need that.  I thought it was the regular one.").

iii. On or about September 20, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1 inquiring why one of the guns CC-1 purchased for LEWIS did not have a magazine: "Yo I just peeped he ain't give you a clip for the small shit ?  Yo where's the clip."  LEWIS later left CC-1 a voice message, in which he said, among other things: "Lemme know what's the word with that.  **I can't do nothing with that shit, I can't even sell it.  I don't have no clip.**  Like, I paid $250 for that, and I can't do nothing with it until you give me with the clip."

o. In the course of his communications with CC-1, LEWIS referenced the fact that he resided in the Bronx, New York, and he described his interstate travel from and to New York in order to pick up guns from CC-1.  For example:

i. On or about March 21, 2022, CC-1 messaged LEWIS (using the 7023 LEWIS Number) asking for his location in New York City so CC-1 could visit him.  LEWIS responded with an address on Seward Avenue in the Bronx, New York, i.e. Address-1.

ii. As discussed, on or about June 26, 2022, LEWIS (using the 7023 LEWIS Number) and CC-1 exchanged messages, via text message and Signal, about CC-1 purchasing guns for LEWIS in Maine.  On or about June 28, 2022, LEWIS asked CC-1 to send CC-1's address, and CC-1 provided an address in Bangor, Maine.  LEWIS then sent a screenshot of a GPS application showing his route beginning in Brooklyn, New York.

iii. On or about September 8, 2022, LEWIS (using the 6234 LEWIS Number) messaged to CC-1: "Worse come to worse you always sanctioned in my crib in Ny."  Based on my training and experience, I believe LEWIS was telling CC-1 that CC-1 was welcome ("sanctioned") to stay at LEWIS's home in New York.

iv. On or about September 19, 2022, in the course of discussing CC-1's pickup of another gun in Maine, LEWIS (using the 6234 LEWIS Number) messaged to CC-1: "And I'll just meet you in mass."  In subsequent communications, LEWIS described taking a bus to South Station, which I know is a bus station in Boston, Massachusetts, in order to meet with CC-1.  LEWIS further described purchasing a return bus ticket ("I clapped a ticket for 5:45 but if you come earlier Imma see if I could get a earlier one.").

v.       As discussed, on or about September 23, 2022, LEWIS (using the 6234 LEWIS Number) messaged CC-1 regarding a gun CC-1 had provided to LEWIS without a magazine: "Yo where's the clip."  The same day, LEWIS sent CC-1 an address on Popham Avenue in the Bronx, New York, i.e. Address-2, to which CC-1 should mail the magazine.  LEWIS directed CC-1 to address the package to "Theodore Grandson."  Based on my review of law enforcement records, I know the name "Carl S. Grandison" is tattooed on LEWIS's arm and that LEWIS's name sometimes appears in a law enforcement records as "Theodore Donnal Grandison."  CC-1 later sent LEWIS photographs of a parcel addressed to Address-2 and a receipt showing that CC-1 had paid for delivery.

10.     Based on my review of law enforcement records, I know that, on or about May 7, 2022, a domestic partner of THEODORE LEWIS, a/k/a "T," the defendant, reported that LEWIS had threatened her with a gun.  Police responded to their apartment and found a loaded Smith & Wesson .40 caliber pistol inside the bedroom.  Based on my interviews of witnesses and review of law enforcement records, I know that this gun was originally sold by a licensed firearms dealer in Maine and that it was resold among individuals in Maine until on or about February 15, 2022, when the then-owner arranged to sell the gun to the user of the 7023 LEWIS Number.  The person who came to pick up the gun was a white man, which based on my involvement in this investigation, I know is not LEWIS, who is Black.

11.     As discussed, CC-1's boyfriend, i.e. the Boyfriend, pleaded guilty to conspiracy to traffic firearms and a substantive firearms trafficking offense in connection with the DR Firearms Shipment, and law enforcement obtained judicially authorized search warrants on cellphones used by the Boyfriend.  Based on my review of those cellphones, I know that one cellphone contained messages between the Boyfriend and THEODORE LEWIS, a/k/a "T," the defendant (using the 6234 LEWIS Number), in which the Boyfriend and T addressed each other as "ape."  For example, on or about September 10, 2022, LEWIS sent the Boyfriend the message: "[CC-1] just told me what happened to ya'll in the spot just checking on you apey."  Based on my training and experience, I know that "ape" is a term that members of the Black Stone Gorilla Gang ("BSGG") use with each other.   BSGG is a violent Bloods-affiliated street gang with a substantial presence in many neighborhoods in the Bronx, New York, among other locations.  Members of BSGG routinely engage in acts of violence, including shootings, robberies, and murders, and, for that reason, there is usually high demand for guns among members of BSGG.

12.     Based on my communications with a law enforcement officer with access to the Bureau of Alcohol, Tobacco, Firearms, and Explosives database for licensed firearms importers, manufacturers, and dealers, I know that THEODORE LEWIS, a/k/a "T," the defendant, and CC-1 are not licensed firearms importers, manufacturers, or dealers.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of THEODORE LEWIS, a/k/a "T," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

                                                         _Brian Pastula (by VF with permission)_
                                                         BRIAN PASTULA
                                                         Task Force Officer
                                                         Homeland Security Investigations

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 4.1 and 41(d)(3), this
25th day of July, 2023

_____
THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK